**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000589
09-JAN-2012
08:08 AM**

NO. CAAP-11-0000589

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MEW GUNN YIM, Plaintiff-Appellant, v.
GEOFFREY M.S. PANG; ROSITA W. C. WONG;
and ROWEN N. YOUNG, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 10-1-0232)

ORDER GRANTING DEFENDANT-APPELLEE ROSITA W.C.
WONG'S JANUARY 3, 2012 MOTION TO CORRECT ORDER
DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Nakamura, Chief Judge, Foley and Reifurth, JJ.)

Defendant-Appellee Rosita W.C. Wong's January 3, 2012

motion to correct the December 28, 2011 Order Dismissing Appeal

for Lack of Appellate Jurisdiction is granted.  The December 28,

2011 Order Dismissing Appeal for Lack of Appellate Jurisdiction incorrectly states that Plaintiff-Appellant Mew Gunn Yim (Appellant Yim) asserted an appeal from the Honorable Rhonda A. Nishimura's "July 11, 2011 'Order Granting Geoffrey Pang's Motion to Dismiss Mew Gunn Yim's Complaint Filed on February 1, 2010, Filed on April 11, 2011[,] and Defendant Rowen N. Young's Joinder in Defendant Geoffrey Pan's Motion to Dismiss Mew Gunn Yim's Complaint Filed on February 1, 2010, Filed April 11, 2011, Filed on May 23, 2011' (the July 11, 2011 order)[.]" Thereafter, the December 28, 2011 Order Dismissing Appeal for Lack of Appellate Jurisdiction incorrectly refers to the appealed order as "the July 11, 2011 order[.]" The December 28, 2011 Order Dismissing Appeal for Lack of Appellate Jurisdiction also incorrectly refers to the dismissal of appellate court case number CAAP-11-0000590 instead of the correct appellate court case number, namely appellate court case number CAAP-11-0000589.

Therefore, the December 28, 2011 Order Dismissing Appeal for Lack of Appellate Jurisdiction is hereby corrected so that it initially states that Appellant Yim asserted an appeal from

> the Honorable Rhoda A. Nishimura's July 7, 2011 "Order Granting Defendant Rosita W.C. Wong's Motion to Dismiss for Lack of Subject Matter Jurisdiction Filed April 7, 2011[,] and Defendant Rowen N. Young's Joinder Filed May 23, 2011[,] in Defendant Rosita W.C. Wong's Motion to Dismiss for Lack of Subject Matter Jurisdiction Filed April 7, 2011" (the July 7, 2011 order)

All subsequent references to the appealed order are corrected to refer to the appealed order as

the July 7, 2011 order

-2-

All referenced to appellate court case number CAAP-11-0000590 are corrected to refer to the appellate court case number as

CAAP-11-0000589

This court will enter an amended order dismissing appeal for lack of appellate jurisdiction that incorporates these corrections.

DATED: Honolulu, Hawai'i, January 09, 2012.


Chief Judge


Associate Judge


Associate Judge